# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-12843-AMC

JOHN S CARNES, JR

259 DALEVILLE ROAD

COCHRANVILLE, PA 19330-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOHN S CARNES, JR

    259 DALEVILLE ROAD

    COCHRANVILLE, PA 19330-

Counsel for debtor(s), by electronic notice only.

    JOSEPH F CLAFFY
    26 SOUTH CHURCH ST
    SUITE 1 SOUTH
    WEST CHESTER, PA 19382

Date: 7/3/2019

                                  /S/ William C. Miller
                                  _____
                                  William C. Miller, Esquire
                                  Chapter 13 Standing Trustee