# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 19-12843-AMC

JOHN S CARNES, JR

259 DALEVILLE ROAD

COCHRANVILLE, PA 19330-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOHN S CARNES, JR

    259 DALEVILLE ROAD

    COCHRANVILLE, PA 19330-

**Counsel for debtor(s), by electronic notice only.**
    JOSEPH F CLAFFY
    26 SOUTH CHURCH ST
    SUITE 1 SOUTH
    WEST CHESTER, PA 19382

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                        /s/ William C. Miller

Date: 8/28/2019

                                        _____
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee