# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 19-12843-AMC

JOHN S CARNES, JR

259 DALEVILLE ROAD

COCHRANVILLE, PA 19330-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOHN S CARNES, JR

    259 DALEVILLE ROAD

    COCHRANVILLE, PA 19330-

Counsel for debtor(s), by electronic notice only.

    JOSEPH F CLAFFY
    26 SOUTH CHURCH ST
    SUITE 1 SOUTH
    WEST CHESTER, PA 19382

Date: 12/13/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee