IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| JOHN S. CARNES, JR. | : | |
| | : | No. 19-12843 AMC |
|               Debtor | : | |
| | : | |
| TRUIST BANK, Formerly Known As | : | |
| BRANCH BANKING & TRUST CO. | : | |
|               Movant | : | MOTION TO APPROVE |
| | : | COMMERCIAL LOAN |
|       vs. | : | MODIFICATIONS |
| | : | |
| JOHN S. CARNES, JR., | : | |
|               Respondent | : | |

**<u>ORDER GRANTING MOTION TO APPROVE COMMERCIAL LOAN MODIFICATIONS</u>**

UPON CONSIDERATION of the Motion by Truist Bank and the Debtor's consent in the relief sought, it appearing in the best interests of the Debtor and the Estate of the Debtor herein, it is

ORDERED that the commercial loan obligations of the Debtor owed to Truist Bank are hereby modified consistent with the terms set forth at length in the Motion to Approve Commercial Loan Modifications.

Dated:  **March 31, 2020**

_____
Ashely M. Chan
U.S. Bankruptcy Judge