United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 19-12843-amc
John S. Carnes, Jr.                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP          Page 1 of 1         Date Rcvd: Mar 31, 2020
                         Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.
db              +John S. Carnes, Jr.,    259 Daleville Road,    Cochranville, PA 19330-1013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:
      JOSEPH F. CLAFFY    on behalf of Debtor John S. Carnes, Jr. claffylaw@gmail.com, claffylaw@aol.com;claffylawecf@gmail.com
      JOSEPH PATRICK SCHALK    on behalf of Creditor    Truist Bank, Formerly Known As Branch Banking & Trust Company jschalk@barley.com,    cbrelje@barley.com;jrachor@barley.com
      JOSEPH PATRICK SCHALK    on behalf of Creditor    Branch Banking And Trust Company jschalk@barley.com,    cbrelje@barley.com;jrachor@barley.com
      KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
      REBECCA K. MCDOWELL    on behalf of Creditor    SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A. rmcdowell@slgcollect.com,    pwirth@slgcollect.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                         TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| JOHN S. CARNES, JR. | : | |
| | : | No. 19-12843 AMC |
| Debtor | : | |
| | : | |
| TRUIST BANK, Formerly Known As | : | |
| BRANCH BANKING & TRUST CO. | : | |
| Movant | : | MOTION TO APPROVE |
| | : | COMMERCIAL LOAN |
| vs. | : | MODIFICATIONS |
| | : | |
| JOHN S. CARNES, JR., | : | |
| Respondent | : | |

**ORDER GRANTING MOTION TO APPROVE COMMERCIAL LOAN MODIFICATIONS**

UPON CONSIDERATION of the Motion by Truist Bank and the Debtor's consent in the relief sought, it appearing in the best interests of the Debtor and the Estate of the Debtor herein, it is

ORDERED that the commercial loan obligations of the Debtor owed to Truist Bank are hereby modified consistent with the terms set forth at length in the Motion to Approve Commercial Loan Modifications.

Dated:  **March 31, 2020**

_____
Ashely M. Chan
U.S. Bankruptcy Judge

7691107.1