```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                         Case No. 19-12843-amc
John S. Carnes, Jr.                                            Chapter 13
       Debtor                    CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP            Page 1 of 2           Date Rcvd: Jul 01, 2020
                              Form ID: 160           Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2020.
db             +John S. Carnes, Jr.,    259 Daleville Road,    Cochranville, PA 19330-1013
cr             +SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A.,     c/o Saldutti Law Group,
                 1735 Market Street, Suite 3750,    Philadelphia, PA 19103-7532
14433944       +Branch Banking & Trust Co.,    c/o Joseph P. Schalk, Esq,     Barley Snyder,
                 213 Market Street-12th Fl,    Harrisburg, PA 17101-2141
14355753       +Citibank, N.A.,    701 East 60th Street North,     Sioux Falls, SD 57104-0493
14318561       +Coffey Burlington,    2601 South Bayshore Drive,     Penthouse 1,   Miami, FL 33133-5460
14338188       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,     P O Box 800849,
                 Dallas, TX 75380-0849
14347541       +M&T BANK,   PO BOX 1508,    BUFFALO, NY 14240-1508
14355820       +MidFirst Bank,    999 NorthWest Grand Boulevard,     Oklahoma City, OK 73118-6051
14344251       +Midfirst Bank,    c/o Kevin G. McDonald, Esquire,     KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14318565       +Robert Saldutti, Esq.,    BNY MELLON CENTER,    1735 Market St,   Suite 3750,
                 Philadelphia, PA 19103-7532
14318566       +Santander Bank, N.A.,    450 Penn Street, 10-421-MC3,     Reading, PA 19602-1011
14320168       +Santander Bank, NA f/k/a Sovereign Bank, NA,      c/o Rebecca K. McDowell, Esq.,
                 Saldutti Law Group,    1735 Market St., Suite 3750,     Philadelphia, PA 19103-7532
14472402        TRUIST BANK, Formerly Known As Branch Banking & Tr,     PO Box 1847,   Wilson, NC 27894-1847
14330313        U.S. Bank N.A. dba Elan Financial Services,     Bankruptcy Department,   PO Box 108,
                 St. Louis MO 63166-0108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy@bbandt.com Jul 02 2020 05:13:57     Branch Banking And Trust Company,
                 BB&T SA Bankruptcy Section,    PO Box 1847,   Winston-Salem, NC  27894-1847
14318560       +E-mail/Text: bankruptcy@bbandt.com Jul 02 2020 05:13:57     BB& T Bankruptcy Section,
                 100-50-01-51,   P.O. Box 1847,   Wilson, NC 27894-1847
14318562       +E-mail/Text: bankruptcy@fult.com Jul 02 2020 05:14:58     Fulton Bank,   One Penn Square,
                 Lancaster, PA 17602-2853
14318564        E-mail/Text: camanagement@mtb.com Jul 02 2020 05:13:59     M & T BANK,   P.O. Box 900,
                 Millsboro, DE 19966
14355580        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2020 05:24:15
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14343621       +E-mail/Text: bankruptcynotices@psecu.com Jul 02 2020 05:14:51      PSECU,   PO BOX 67013,
                 HARRISBURG, PA 17106-7013
14320169       +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2020 05:23:56     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    attn: Valerie Smith,   PO Box 41021,
                 Norfolk, VA 23541-1021
14319659       +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2020 05:24:11     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14352801       +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2020 05:24:28     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
                                                                                            TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14318567        West Publishing
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
cr*             Truist Bank, Formerly Known As Branch Banking & Tr,    P.O. Box 1847,   Wilson, NC  27894-1847
14318563      ##+L3C Alden Park Apartments LLC,    222 Rockaway Tunpike,    Suite 4,   Cedarhurst, NY 11516-1833
                                                                                           TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                  Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: PaulP                Page 2 of 2                  Date Rcvd: Jul 01, 2020
                               Form ID: 160               Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2020 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOSEPH F. CLAFFY    on behalf of Debtor John S. Carnes, Jr. claffylaw@gmail.com,
               claffylaw@aol.com;claffylawecf@gmail.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    Branch Banking And Trust Company
               jschalk@barley.com,   cbrelje@barley.com;jrachor@barley.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    Truist Bank, Formerly Known As Branch Banking &
               Trust Company jschalk@barley.com,   cbrelje@barley.com;jrachor@barley.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              REBECCA K. MCDOWELL    on behalf of Creditor    SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A.
               rmcdowell@slgcollect.com, pwirth@slgcollect.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: John S. Carnes, Jr.
    Debtor(s)

Case No: 19−12843−amc
Chapter: 13

---

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,

    on: 9/8/20

    at: 10:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 7/1/20

For The Court

Timothy B. McGrath
Clerk of Court

62 − 45
Form 160