# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John S. Carnes, Jr.<br>    Debtor | CHAPTER 13 |
| MIDFIRST BANK<br>    Movant<br>vs.<br>John S. Carnes, Jr.<br>    Debtor | NO. 19-12843 AMC |
| William C. Miller, Esquire<br>    Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about December 9, 2019 (Document No. 32).

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

November 6, 2020