United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12843-amc |
| John S. Carnes, Jr. | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Nov 04, 2020 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14318560 | + Email/Text: bankruptcy@bbandt.com | Nov 05 2020 03:14:00 | BB& T Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:

**Name**    **Email Address**

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JOSEPH F. CLAFFY
    on behalf of Debtor John S. Carnes  Jr. claffylaw@gmail.com, claffylaw@aol.com;claffylawecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

MATTHEW GREGORY BRUSHWOOD
    on behalf of Yellow Breeches Capital  LLC mbrushwood@barley.com, jrachor@barley.com;cbrelje@barley.com;tshober@barley.com

REBECCA ANN SOLARZ

Case 19-12843-amc    Doc 78    Filed 11/06/20    Entered 11/07/20 00:45:16    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 04, 2020 | Form ID: trc | Total Noticed: 1 |

on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

REBECCA K. MCDOWELL

on behalf of Creditor SANTANDER BANK  N.A., F/K/A SOVEREIGN BANK, N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-12843-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

John S. Carnes, Jr.
259 Daleville Road
Cochranville PA 19330

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/04/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: BB& T Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894 | Yellow Breeches Capital, LLC<br>1817 Olde Homestead Ln., Ste 101<br>Lancaster, PA 17601 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/06/20

Tim McGrath
**CLERK OF THE COURT**