UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| JOHN S. CARNES, JR. | : | |
| Debtor | : | No. 19-12843 AMC |
| | : | |
| YELLOW BREECHES CAPITAL, LLC | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN S CARNES, JR., | : | |
| Respondent | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Yellow Breeches Capital, LLC (the "LLC"), has filed a Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362 and Bankruptcy Rules 9014 and 4001of the Bankruptcy Code in order to exercise its state law rights and remedies as concerns amounts due and owing the LLC by Debtor John S. Carnes, Jr. **with regard to premises located at 110 Main Street, Parkesburg, PA 19330**.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **April 1, 2021, you or your attorney must file a response**. (*see Instructions on next page*).

3. **A hearing on the Motion** is scheduled to be held on **April 6, 2021 at 11:00 a.m.** before the **Honorable Ashley M. Chan in Courtroom 4, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia PA 17107**. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

8419530.1

4. **If you do not file a response,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

### Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at:

    900 Market Street, Suite 400
    Philadelphia, PA 19107

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney:

    Matthew G. Brushwood, Esquire
    I.D. No.310592
    Barley Snyder
    50 N. 5th St, 2nd Fl
    Reading, PA 19601
    mbrushwood@barley.com

Date:  March 16, 2021

8419530.1