UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| JOHN S. CARNES, JR. | : | |
| Debtor | : | No. 19-12843 AMC |
| | : | |
| YELLOW BREECHES CAPITAL, LLC | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN S CARNES, JR., | : | |
| Respondent | : | |

CERTIFICATE OF SERVICE

MATTHEW G. BRUSHWOOD, ESQUIRE, verifies that a true and correct copy of the Motion for Relief from the Automatic Stay of Section 362 of the Bankruptcy Code of Yellow Breeches Capital, LLC, and Notice of Motion, Response Deadline and Hearing Date have been mailed to each of the following:

Joseph F. Claffy, Esquire
Attorney for Debtor
Joseph F. Claffy & Associates, P.C.
26 South Church Street – Ste 1 South
West Chester, PA 19382

John S. Carnes, Jr.
259 Daleville Road
Cochranville, PA 19330

William C. Miller, Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Jack K. Miller, Esquire
The Bouse Bldg
111 S. Independence Mall E.
Philadelphia, PA 19106

US. Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street; Ste 500
Philadelphia, PA 19106

8419567

by first class mail, postage prepaid, on the 16th day of March, 2021.  He understands that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

BARLEY SNYDER

Dated: March 16, 2021                    By:   _____

Matthew G. Brushwood, Esquire
Attorneys for Yellow Breeches Capital, LLC
50 N. 5th St-2nd Fl
Reading, PA 19601

2

8419567