**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: JOHN S. CARNES, JR.           : BK NO. 19-12843 AMC
     Debtor                                     :
                                                 : Chapter 13

**CERTIFICATION OF SERVICE AND NO RESPONSE**
**TO MOTION TO APPROVE LOAN MODIFICATION**

      I, Joseph F. Claffy, Esquire, Attorney for Movant in the above case do hereby certify that on the 29th Day of MARCH, 2021 I did serve a true and correct copy of The Motion to Approve Loan Modification with Notice of Motion and Proposed Order filed by me in this case upon the below listed individuals by US Mail and Electronic transmission. I further certify that NO RESPONSE or objection to the said application has been received by me or filed in the matter to date and that fifteen days have expired since the filing of the said application.

Date: April 27th, 2021                            __/s/Joseph F. Claffy_____

                                                            Joseph F. Claffy I.D. No. 35142
                                                            Joseph F. Claffy & Associates, P.C.
                                                            26 South Church Street
                                                            West Chester, PA  19382
                                                            (610) 429-0900

**Parties or Persons Served:**

      William C. Miller                               United States Trustee via ECF
      Chapter 13 Standing Trustee
      Via ECF

      ALL CREDITORS AND PARTIES REQUESTING NOTICE BY U.S. MAIL