IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: JOHN S. CARNES | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Bky. No. 19-12843-amc |
| | : | |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Approve Mortgage Modification ("the Motion") (Doc. # 91), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion.

3. Nothing in this order shall constitute a modification of the Debtor's confirmed Chapter 13 plan.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge

Date:
**Date: April 27, 2021**