United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 19-12843-amc
John S. Carnes, Jr. | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Apr 27, 2021 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

**Recip ID        Recipient Name and Address**
db              + John S. Carnes, Jr., 259 Daleville Road, Cochranville, PA 19330-1013

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021                     Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:**

**Name                            Email Address**

JACK K. MILLER
                on behalf of Trustee WILLIAM C. MILLER  Esc. philaecf@gmail.com, ecfemails@ph13trustee.com

JOSEPH F. CLAFFY
                on behalf of Debtor John S. Carnes  Jr. claffylaw@gmail.com, claffylaw@aol.com;claffylawecf@gmail.com

KEVIN G. MCDONALD
                on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

MATTHEW GREGORY BRUSHWOOD
                on behalf of Yellow Breeches Capital  LLC mbrushwood@barley.com, jrachor@barley.com;cbrelje@barley.com;tshober@barley.com

REBECCA ANN SOLARZ
                on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

REBECCA K. MCDOWELL
                on behalf of Creditor SANTANDER BANK  N.A., F/K/A SOVEREIGN BANK, N.A. rmcdowell@slgcollect.com,

Case 19-12843-amc   Doc 101   Filed 04/29/21   Entered 04/30/21 00:50:16   Desc
Imaged Certificate of Notice   Page 2 of 3

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Apr 27, 2021     Form ID: pdf900     Total Noticed: 1

                pwirth@slgcollect.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                ecfemails@ph13trustee.com   philaecf@gmail.com

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: JOHN S. CARNES | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Bky. No. 19-12843-amc |
| | : | |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Approve Mortgage Modification ("the Motion") (Doc. # 91 ), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion.

3. Nothing in this order shall constitute a modification of the Debtor's confirmed Chapter 13 plan.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge

Date:
**Date: April 27, 2021**