UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| JOHN S. CARNES, JR. | : | |
| Debtor | : | No. 19-12843 AMC |
| | : | |
| YELLOW BREECHES CAPITAL, LLC | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN S CARNES, JR., | : | |
| Respondent | : | |

**ORDER**

UPON CONSIDERATION of the Motion of Yellow Breeches Capital, LLC for Relief from Automatic Stay, after notice and a hearing, it is:

ORDERED that the Motion is GRANTED and the automatic stay pursuant to 11 U.S.C. Section 362 is hereby modified and the automatic stay is vacated to allow Yellow Breeches Capital, LLC to exercise its rights and remedies as concerns the premises located at 110 Main Street, Parkesburg, PA 19330 under applicable state law.

**Date: May 4, 2021**

BY THE COURT

_____
Ashely M. Chan
United States Bankruptcy Court

Dated:_____

8532706.1

Matthew G. Brushwood, Esquire
Attorneys for Yellow Breeches Capital, LLC
50 N. 5th St – 2nd Fl
Reading, PA 19601

Joseph F. Claffy, Esquire
Attorney for Debtor
Joseph F. Claffy & Associates, P.C.
26 South Church Street – Ste 1 South
West Chester, PA 19382

John S. Carnes, Jr.
259 Daleville Road
Cochranville, PA 19330

William C. Miller, Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Jack K. Miller, Esquire
The Bouse Bldg
111 S. Independence Mall E.
Philadelphia, PA 19106

US. Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street; Ste 500
Philadelphia, PA 19106

8532706.1