United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12843-amc |
| John S. Carnes, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John S. Carnes, Jr., 259 Daleville Road, Cochranville, PA 19330-1013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 06, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JOSEPH F. CLAFFY | on behalf of Debtor John S. Carnes Jr. claffylaw@gmail.com, claffylaw@aol.com;claffylawecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MATTHEW GREGORY BRUSHWOOD | on behalf of Yellow Breeches Capital LLC mbrushwood@barley.com, jrachor@barley.com;cbrelje@barley.com;tshober@barley.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| REBECCA K. MCDOWELL | on behalf of Creditor SANTANDER BANK N.A., F/K/A SOVEREIGN BANK, N.A. rmcdowell@slgcollect.com, |

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: May 04, 2021     Form ID: pdf900     Total Noticed: 1

           pwirth@slgcollect.com

United States Trustee

           USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

           ecfemails@ph13trustee.com   philaecf@gmail.com

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| JOHN S. CARNES, JR. | : | |
|           Debtor | : | No. 19-12843 AMC |
| | : | |
| YELLOW BREECHES CAPITAL, LLC | : | |
|           Movant | : | |
| | : | |
|       v. | : | |
| | : | |
| JOHN S CARNES, JR., | : | |
|           Respondent | : | |

## ORDER

UPON CONSIDERATION of the Motion of Yellow Breeches Capital, LLC for Relief from Automatic Stay, after notice and a hearing, it is:

ORDERED that the Motion is GRANTED and the automatic stay pursuant to 11 U.S.C. Section 362 is hereby modified and the automatic stay is vacated to allow Yellow Breeches Capital, LLC to exercise its rights and remedies as concerns the premises located at 110 Main Street, Parkesburg, PA 19330 under applicable state law.

**Date: May 4, 2021**

BY THE COURT

_____
Ashely M. Chan
United States Bankruptcy Court

Dated:_____

8532706.1

Matthew G. Brushwood, Esquire
Attorneys for Yellow Breeches Capital, LLC
50 N. 5th St – 2nd Fl
Reading, PA 19601

Joseph F. Claffy, Esquire
Attorney for Debtor
Joseph F. Claffy & Associates, P.C.
26 South Church Street – Ste 1 South
West Chester, PA 19382

John S. Carnes, Jr.
259 Daleville Road
Cochranville, PA 19330

William C. Miller, Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Jack K. Miller, Esquire
The Bouse Bldg
111 S. Independence Mall E.
Philadelphia, PA 19106

US. Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street; Ste 500
Philadelphia, PA 19106

8532706.1