United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
John S. Carnes, Jr.  
    Debtor

Case No. 19-12843-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 01, 2021      Form ID: pdf900      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John S. Carnes, Jr., 259 Daleville Road, Cochranville, PA 19330-1013 |
| aty | + | JOSEPH PATRICK SCHALK, Office of the United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| cr | + | SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A., c/o Saldutti Law Group, 1735 Market Street, Suite 3750, Philadelphia, PA 19103-7532 |
| 14433944 | + | Branch Banking & Trust Co., c/o Joseph P. Schalk, Esq, Barley Snyder, 213 Market Street-12th Fl, Harrisburg, PA 17101-2141 |
| 14318561 | + | Coffey Burlington, 2601 South Bayshore Drive, Penthouse 1, Miami, FL 33133-5460 |
| 14338188 | + | Lancaster Gen Hospital, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 14347541 | + | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 14344251 | + | Midfirst Bank, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14318565 | + | Robert Saldutti, Esq., BNY MELLON CENTER, 1735 Market St, Suite 3750, Philadelphia, PA 19103-7532 |
| 14318566 | + | Santander Bank, N.A., 450 Penn Street, 10-421-MC3, Reading, PA 19602-1011 |
| 14472402 | | TRUIST BANK, Formerly Known As Branch Banking & Tr, PO Box 1847, Wilson, NC 27894-1847 |
| 14330313 | | U.S. Bank N.A. dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14558208 | + | Yellow Breeches Capital, LLC, 1817 Olde Homestead Ln., Ste 101, Lancaster, PA 17601-6751 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 02 2021 04:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 02 2021 04:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 02 2021 04:46:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: bankruptcy@bbandt.com | Jun 02 2021 04:46:00 | Branch Banking And Trust Company, BB&T SA Bankruptcy Section, PO Box 1847, Winston-Salem, NC 27894-1847 |
| 14318560 | + | Email/Text: bankruptcy@bbandt.com | Jun 02 2021 04:46:00 | BB& T Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14355753 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2021 04:55:40 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 14318562 | + | Email/Text: bankruptcy@fult.com | Jun 02 2021 04:46:00 | Fulton Bank, One Penn Square, Lancaster, PA 17602-2853 |
| 14318564 | | Email/Text: camanagement@mtb.com | Jun 02 2021 04:46:00 | M & T BANK, P.O. Box 900, Millsboro, DE 19966 |
| 14355820 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jun 02 2021 04:55:36 | MidFirst Bank, 999 NorthWest Grand Boulevard, |

Case 19-12843-amc    Doc 108    Filed 06/03/21    Entered 06/04/21 01:04:23    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 01, 2021 | Form ID: pdf900 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | Oklahoma City, OK 73118-6051 |
| 14355580 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jun 02 2021 04:57:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14343621 | + | Email/Text: bankruptcynotices@psecu.com | | |
| | | | Jun 02 2021 04:46:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14352801 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 02 2021 04:54:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14320169 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 02 2021 04:54:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14319659 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jun 02 2021 04:55:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14318567 | | West Publishing |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | Truist Bank, Formerly Known As Branch Banking & Tr, P.O. Box 1847, Wilson, NC 27894-1847 |
| NONE | *+ | Yellow Breeches Capital, LLC, 1817 Olde Homestead Ln, Suite 101, Lancaster, PA 17601-6751 |
| 14318563 | ##+ | L3C Alden Park Apartments LLC, 222 Rockaway Tunpike, Suite 4, Cedarhurst, NY 11516-1833 |
| 14320168 | ##+ | Santander Bank, NA f/k/a Sovereign Bank, NA, c/o Rebecca K. McDowell, Esq., Saldutti Law Group, 1735 Market St., Suite 3750, Philadelphia, PA 19103-7532 |

TOTAL: 1 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2021              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JACK K. MILLER | |
| | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JOSEPH F. CLAFFY | |
| | on behalf of Debtor John S. Carnes Jr. claffylaw@gmail.com, claffylaw@aol.com;claffylawecf@gmail.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MATTHEW GREGORY BRUSHWOOD | |
| | on behalf of Yellow Breeches Capital LLC mbrushwood@barley.com, |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 01, 2021 | Form ID: pdf900 | Total Noticed: 27 |

        jrachor@barley.com;cbrelje@barley.com;tshober@barley.com

REBECCA ANN SOLARZ
        on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

REBECCA K. MCDOWELL
        on behalf of Creditor SANTANDER BANK  N.A., F/K/A SOVEREIGN BANK, N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
        ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| JOHN S. CARNES | | |
| Debtor(s) | : | Bky. No. 19-12843 -AMC |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: June 1, 2021**

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**