**Joseph F. Claffy, Esquire**
**Joseph F. Claffy & Associates, P.C.**
**Attorney ID No. 35142 26 South**
**Church Street West Chester, PA**
**19382  (610) 429-0900**

**UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

In re: John S. Carnes                    :
                                                                              :
        Debtor        :        Bankruptcy No.19-12843 AMC :
                          Chapter **13**

**AMENDED CERTIFICATION OF NO RESPONSE**
**TO NOTICE OF FEE APPLICATION**

 I certify that no response or objection to the said application NOR an Application for Administrative Expense has been received by me or filed in the matter to date and that more than twenty days have expired since the filing of the said motion. Date: July 13th, 2021

           ___/s/ Joseph F. Claffy_____
           Joseph F. Claffy, Esquire

           Joseph F. Claffy & Associates, P.C.

           26 South Church Street

           West Chester, PA 19382

           610 429-0900 610 429-9550 fax
           Claffylaw@aol.com