UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **JOHN S. CARNES, JR1**　　　　　　}　Chapter 13
　　　　　　　　　　　　　　　　　　　　 }
**Debtor(s)**　　　　　　　　　　　　　　 }
　　　　　　　　　　　　　　　　　　　　 }　Bky. No.19-12843 amc
　　　　　　　　　　　　　　　　　　　　 }

# O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$5300.00**.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$ZERO** which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date:** _____　　　　　　　　　　　_____

**Date: July 14, 2021**　　　　　　　　　　**Ashely M. Chan**
　　　　　　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**

\